# EXHIBIT A



**YOU WANT A BETTER LIFE AT THE BEST PRICE.**

## LIMITED-TIME OFFER

# PAY LESS THAN TOTAL PAST DUE

Hurry! Offer Expires **November 21, 2014**

**The Benefits of Paying Conn's are:**

- **No More Collections Calls**
- **Peace of Mind Knowing Your Account is Current**

*Don't feel like leaving the house?*
Call & pay with your debit card
or checking account
over the phone

| | |
|---|---|
| Monday - Friday | 7:00 am - 10:00 pm CST |
| Saturday | 7:00 am - 8:00 pm CST |
| Sunday | 9:00 am - 7:00 pm CST |

Call the number below
to take advantage of this offer.

 **1-800-553-2129**
Ext. 6116
Se habla español.

**New! No convenience fees if you pay your Conn's Account & Conn's Credit Card online!**
Visit www.conns.com & click on "Pay Your Bill" to make your payment safely and securely.

PO Box 56540
Portland, OR 97238-6540

ADDRESSSERVICE REQUESTED

00016413

Taylor Bell
4055 Frankford Rd # 1638
Dallas TX 75287-6676

| ACCOUNT #: | 1931 |
|---|---|
| PAY: | $182.35 |
| PAST DUE: | $522.43 |
| SAVINGS THIS MONTH: | |

$340.08

Conn's reserves the right to withdraw this offer: Conn Appliances, Inc., dba Conn's is the servicer-in-fact and attorney-in-fact for the current holder thereof.

441504 1030 00016413    TFM1030-0926-1030-3-3



Quiere una vida mejor al mejor precio

# PAGUE MENOS DE LO QUE DEBE

¡Apresúrese! la oferta se vence **21 de noviembre del 2014**

**Los beneficios de comunicarse con Conn's, son los siguientes :**

- **No más correspondensia o llamadas de cobro**
- **La tranquilidad de saber que su cuenta está al corriente**

¿Si no desea dejar su hogar para hacer un pago?

Llame y page con su tarjeta de débito, credito, prepagada o cuenta de cheques por medio del teléfono.

| | |
|---|---|
| Lunes - Viernes | 7:00 am - 10:00 pm - Tiempo Central |
| Sabado | 7:00 am - 8:00 pm - Tiempo Central |
| Domingo | 9:00 am - 7:00 pm - Tiempo Central |

Llame al siguiente número de teléfono para aprovechar esta oferta

 **1-800-553-2129**

Ext. 6116

Se habla español.

¡Nuevo! Si usted paga su cuenta de Conn's utilizando su tarjeta de credito o debito atravez de www.conns.com  no se le hara un cobro por procesar su pago.

PO BOX 2358
BEAUMONT, TX 77704

DIRECCIÓN PARA EL SERVICIO SOLICITADO

00016413

Taylor Bell
4055 Frankford Rd # 1638
Dallas TX 75287-6676

CUENTA n.°: _____1931_____

PAGO: $182.35

SALDO VENCIDO: $522.43

AHORROS DE ESTE MES:

$340.08

Conn's se reserva el derecho de declinar esta oferta: Conn Appliances Inc., la base de datos de Conn's, es el administrador y el abogado legítimos del portador actual.

441504 sp1030 00016413    SP1030